UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEUTSCHE BANK SECURITIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> MARIA DE LOS ANGELES APARAIN BORJAS and BRALISOL ASSOCIATES LTD., <br><br> Defendants. | Case No.:  18-cv-10191 |

**DEUTSCHE BANK SECURITIES, INC.'S NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION**

PLEASE TAKE NOTICE that, upon the accompanying papers described herein, Plaintiff Deutsche Bank Securities, Inc. ("DBSI") will move this Court, by and through its undersigned attorneys, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, Courtroom 18B, New York, New York, before the Honorable Denise L. Cote, on such a date and time as the Court determines, for an order pursuant to Rule 65(a) of the Federal Rules of Civil Procedure, preliminarily enjoining Defendants from arbitrating claims against DBSI before the Financial Industry Regulatory Authority.

PLEASE TAKE FURTHER NOTICE that the papers filed in support of this motion consist of: (1) DBSI's Memorandum of Law in Support of its Motion for a Preliminary Injunction; (2) the November 2, 2018 Declaration of David G. Januszewski in Support of DBSI's Motion for a Preliminary Injunction; and (3) all prior pleadings in this action.

Dated:   November 2, 2018
            New York, New York

                                              CAHILL GORDON & REINDEL LLP

                                              By: _____
                                                    David G. Januszewski
                                                    Sesi V. Garimella
                                            80 Pine Street
                                            New York, New York 10005
                                            (212) 701-3000

                                            *Attorneys for Plaintiff Deutsche Bank Securities, Inc.*