UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DEUTSCHE BANK SECURITIES, INC.,

    Plaintiff,

v.

MARIA DE LOS ANGELES APARAIN BORJAS and BRALISOL ASSOCIATES LTD.,

    Defendants.

Case No. 18-cv-10191



USDC SDNY
DOCUMEN
ELECTR                    D
DOC #:
DATE FILED: 11-29-2018

### [PROPOSED] ORDER

Upon considering the foregoing motion for a Preliminary Injunction by Plaintiff Deutsche Bank Securities, Inc.;

**IT IS ORDERED** that, effective immediately as of _November 28, 2018_, 2018, Defendants Maria De Los Angeles Aparain Borjas and Bralisol Associates Ltd. are hereby preliminarily enjoined from proceeding in the arbitration proceeding before the Financial Industry Regulatory Authority, styled *Maria De Los Angeles Aparain Borjas and Bralisol Associates, Ltd.* v. *Carlos Javier Legaspy, et al.*, FINRA Case No. 18-02781, until this Court has ordered otherwise. This order is being issued for the reason that Plaintiff has made an initial showing that there is no agreement among Plaintiff and Defendants to arbitrate, and Defendants are not customers of Plaintiff pursuant to FINRA Rule 12200. Furthermore, Plaintiff has made an initial showing that it is likely to prevail on the merits, will suffer irreparable harm absent injunctive relief, that the balance of the equities are in its favor, and that injunctive relief is in the public interest.

**IT IS FURTHER ORDERED** that Plaintiff is not required to post any security inasmuch as Defendants will not incur any costs or damages to abide by injunctive relief issued by this Court.

DATED this 28th day of November, 2018

_____
UNITED STATES DISTRICT JUDGE